

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00259-CR

WILLIAM CLINT CAIN, Appellant § On Appeal from the 235th District Court

§ of Cooke County (CR17-00504-CR)

V. § March 18, 2021

§ Opinion by Justice Womack

THE STATE OF TEXAS § (p)

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. The judgment is modified to reflect that the correct statute for the offense is Section 43.26(e) of the Texas Penal Code, rather than Section 43.26(d)(1) of the Texas Penal Code. It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dana Womack
Justice Dana Womack